# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 26, 2023

## NO. 03-22-00201-CV

**Austin Materials, LLC, Appellant**

**v.**

**Christina Rosado, as Guardian for Sonia Troche, an Incapacitated Person; Julizandra Cedeno; Lyzandra Cedeno; and Kazandra Cedeno, Appellees**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
### AFFIRMED IN PART; DISMISSED FOR WANT OF JURISDICTION IN PART --
### OPINION BY JUSTICE THEOFANIS

This is an appeal from the interlocutory orders signed by the trial court on March 25, 2022. We dismiss appellant's attempted appeal to the extent it is from the order granting appellees' motion for partial summary judgment. Having otherwise reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's order denying its motion for summary judgment based on Section 97.002 of the Civil Practice and Remedies Code. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.